### GRAHAM *v.* THE STATE.

LITTLE, J. No error of law was complained of; the evidence sustains the verdict; the newly discovered evidence was merely cumulative, and does not authorize the granting of a new trial.

*Judgment affirmed.    All the Justices concurring.*

Submitted July 15, — Decided July 18, 1901.

Accusation of larceny from the house. Before Judge Adams. City court of Dublin. May 13, 1901.

*Howard & Armistead,* for plaintiff in error.
*F. G. Corker, solicitor,* contra.